IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

JOHN WESLEY WADE

Criminal Action No.
1:20-MJ-0925-LTW

**Government's Motion for Detention**

The United States of America, by counsel, Byung J. Pak, United States Attorney, and Bret R. Hobson, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1.   Eligibility of Case**

This case is eligible for a detention order because this case involves:

A crime of violence (18 U.S.C. § 3156);

A serious risk that the defendant will obstruct or attempt to obstruct justice; and

A serious risk that the defendant will threaten, injure, or intimidate a prospective witness or juror, or attempt to do so.

**2.   Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

### 3. Rebuttable Presumption

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3).

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

### 4. Time for Detention Hearing

The United States requests the Court conduct the detention hearing after continuance of 3 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: October 28, 2020.

                                                           Respectfully submitted,

Richard Russell Federal Building  
75 Ted Turner Drive S.W., Suite 600     BYUNG J. PAK  
Atlanta, Georgia 30303-3309     United States Attorney  
Phone: (404) 581-6000  
Fax: (404) 581-6181  
(404) 581-6000     /s/BRET R. HOBSON  
Bret.Hoson@usdoj.gov     Assistant United States Attorney  
                                                          Ga. Bar No. 882520

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically sends electronic notification to the parties and counsel of record.

October 28, 2020

        /s/ BRET R. HOBSON
        BRET R. HOBSON
        Assistant United States Attorney