**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> v. <br><br> **JOHN WESLEY WADE (2),** <br><br> **Defendant.** | **CRIMINAL ACTION NO.** <br> **1:20-CR-452-SDG-CCB** |

**ORDER**

On May 19, 2021, the Court held a pretrial conference regarding Defendant's motion to suppress evidence. (Doc. 75). The Court continued the case for 30 days, or until June 18, 2021, to allow the parties time to attempt to reach a resolution without the need for further litigation. The parties are directed to provide a status report to the Court on or before June 18, 2021. At that time, if Defendant has not withdrawn the motion to suppress, the Court will set a briefing schedule and a deadline for Defendant to perfect the GPS portion of the motion.

**IT IS HEREBY ORDERED** that the period between the date of the pretrial conference, May 19, 2021, and the date that the parties are to provide a status report, June 18, 2021, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds that the extension is necessary

because the parties are attempting to resolve the case, which would obviate the need to brief Defendant's pending motion. Therefore, the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendant in a speedy trial.

**IT IS SO ORDERED,** this 21st day of May, 2021.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE