### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN WESLEY WADE | Civil Action No.<br>1:20-cr-00452-SDG-2 |

### NOTICE OF SENTENCING DATE

It is hereby ordered that a sentencing hearing for Defendant John Wesley Wade will be held on **FRIDAY, JANUARY 7, 2022 at 10:00 AM**, before the Honorable Steven D. Grimberg, in Courtroom 1707, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.

The parties may file sentencing memoranda on CM/ECF no less than five business days prior to the sentencing hearing; responses to such memoranda, if any, may be filed no less than two business days prior to the sentencing hearing. Reply briefs are not allowed absent leave from the Court.

The parties are instructed to timely advise the Court via email to Chambers (alisha_holland@gand.uscourts.gov) if they anticipate calling any witnesses to testify or address the Court during the hearing. The parties are also instructed to timely advise the Court via email to Chambers if any objections set forth in the

final Pre-Sentence Report are withdrawn or resolved by the parties prior to the hearing.

DATE:  October 4, 2021

_____
Steven D. Grimberg
United States District Court Judge