IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION FILE |
| | : | NO. 1:20-CR-452-2-SDG-CCB |
| JOHN WESLEY WADE, | : | |
| | : | |
| Defendant. | : | |

**<u>DEFENDANT WADE'S SENTENCING MEMORANDUM</u>**

Defendant, JOHN WESLEY WADE ("Wade"), respectfully submits this memorandum on relevant sentencing issues. Wade's plea agreement justifies and supports the five-year prison sentence proposed by both parties.

**I.    <u>PERSONAL BACKGROUND</u>**

Wade is a 35-year-old man who currently resides in Atlanta, Georgia. Wade's father, mother and six siblings all live in Tennessee. His father, John Wade, III, is disabled and retired. Wade attended Pearl-Cohn Comprehensive Magnet High School in Nashville, Tennessee.

Prior to the incident, Wade was living in an apartment in Atlanta, Georgia with his Yorkshire Terrier dog named Princess and his roommate, Travis Moore. Wade was able to support himself and his ex-girlfriend's daughter through his own

business, 3rd Eye Juices, which involves the selling of organic juices, detox and herbal cleansers. Wade has owned this business since 2016 and he intends to continue the operation of it upon his release from custody.

## II.    SUMMARY OF THE FACTS

In this case, Wade was involved in the destruction of federal and state property. The federal property was damaged by fire. Wade traveled with his co-defendants to each location and recorded the destruction of said property which was later posted on social media.

## III.    ACCEPTANCE OF RESPONSIBILITY

Wade realizes that he made an incredibly foolish decision and fully acknowledges that he is accountable for his own actions.  He is devastated that, because of his actions, he will now be in custody for a lengthy period of time. After this case was indicted, Wade decided against pursuing any legal motions or preparing for trial. Instead, Wade has consistently sought the opportunity to take responsibility for his actions in this matter.

## IV.    SENTENCING OPTIONS & CONCLUSION

The final Presentence Report accurately summarizes Wade's background information. This report, however, does not accurately summarize the disagreements and objections between defense counsel and the United States

2

Probation Office regarding the final Presentence Report because *Defendant John Wesley Wade's Objections and Corrections to Presentence Report* are not included. To remedy this omission, *Defendant John Wesley Wade's Objections and Corrections to Presentence Report* and *Defendant Wade's Unopposed Motion to Incorporate Objections to Final Presentence Report* have been filed with the Court.

    Wade is a gainfully employed and remorseful citizen seeking an opportunity to move forward with his life in a positive direction that can also help others. Wade regrets his actions that gave rise to this case every single day. If this case did not involve a five-year mandatory minimum sentence of confinement, then Wade's sentencing range would involve less than one (1) year in custody.

    For these reasons, Wade and the United States Attorney's Office jointly propose and request that the Court sentence Wade to serve five (5) years in prison.

    Respectfully submitted,

/s/ *Leif A. Howard*

Leif A. Howard
Attorney for Defendant Wade
Georgia Bar No. 132778

THE HOWARD LAW FIRM, P.C.
Suite 200, Kyleif Center
1479 Brockett Road
Tucker, Georgia 3084
(770) 270-5080

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing *Defendant Wade's Sentencing Memorandum* with the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send e-mail notification of such filing to the appropriate parties, including the following opposing attorney of record:

Bret Hobson, Esq.
Assistant United States Attorney
600 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303
Bret.hobson@usdoj.gov

This 4th day of January, 2022.

/s/ *Leif A. Howard*

Leif A. Howard
Attorney for Defendant Wade
Georgia Bar No. 132778

THE HOWARD LAW FIRM, P.C.
Suite 200, Kyleif Center
1479 Brockett Road
Tucker, Georgia 3084
(770) 270-5080
Lhoward@howardfirm.com